IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK LEE RAY,

    Petitioner,                 No. CIV S-08-0811 LEW DAD P

    vs.

MIKE KNOWLES,

    Respondent.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. Petitioner challenges the 2006 decision denying him parole. Petitioner's petition is incomplete. Instead of answering the questions posed by the form petition he merely refers to his attached exhibits. This is not sufficient. Petitioner is required to specify all the grounds upon which he seeks relief, the supporting facts for each such claim and must identify all such claims that he properly presented to the highest state court. See Rule 2 of the Rules Governing Section 2254 Cases. Therefore, the court will dismiss the petition and grant petitioner leave to file an amended petition.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's petitioner for a writ of habeas corpus is dismissed; and

/////

1

1  2. Petitioner is granted thirty days from the date of service of this order to file an
2  amended petition that complies with the requirements of the Federal Rules of Civil Procedure;
3  the amended petition must bear the docket number assigned this case and must be labeled
4  "Amended Petition;" petitioner must use the form petition provided by the court; petitioner's
5  failure to file an amended petition in accordance with this order will result in the dismissal of this
6  action; and

7  3. The Clerk of the Court is directed to provide petitioner with the court's form
8  petition for a writ of habeas corpus by a state prisoner.

9  DATED: April 29, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ray811.9

2