IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK LEE RAY,

    Petitioner,               No. CIV S-08-0811 JAM DAD P

    vs.

MIKE KNOWLES,

    Respondent.           <u>ORDER</u>

                              /

        On November 25, 2008, petitioner filed a request for an extension of time; however, on November 20, 2008, petitioner filed his traverse. This matter is now submitted. The request for extension of time will be denied as unnecessary.

        Accordingly, IT IS HEREBY ORDERED that petitioner's November 25, 2008 request for an extension of time is denied as unnecessary.

DATED: January 7, 2009.

                                              /s/ Dale A. Drozd
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:4
ray0811.eot16